# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

DERLIN MORAN, *et al.*,

    Plaintiffs,

v.

CNL CORP., *et al.*,

    Defendants.

No. 1:14-cv-00523-KBJ

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to plaintiffs' dismissal of this action against *all defendants with prejudice*, each side to bear its own costs and attorneys' fees.

Date: 05/28/2014

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

/s/ Leonard J. Koenick, Esq.
Leonard J. Koenick, #166116
KIVITZ & LIPTZ, LLC
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814
Phone: (301) 951-3400
kivitzliptz2@verizon.net